# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDUARDO MARQUEZ,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 73482

**FILED**

SEP 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, it appears that appellant is not aggrieved by the amended judgment of conviction. *See* NRS 177.015 (only an aggrieved party may appeal). To the extent that appellant appeals from the order denying a postconviction petition for a writ of habeas corpus, the notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. William D. Kephart, District Judge
Eduardo Marquez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk